| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 16-20136 / CMG**

Drew R Daly  
Doreen P Daly

Petition Filed Date: 05/25/2016  
341 Hearing Date: 07/14/2016  
Confirmation Date: 10/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $210.00 | 55281350 | 02/05/2019 | $210.00 | 55999070 | 03/06/2019 | $210.00 | 56802640 |
| 04/03/2019 | $210.00 | 57580910 | 05/06/2019 | $210.00 | 58426840 | 06/05/2019 | $210.00 | 59198960 |
| 07/08/2019 | $210.00 | 60021360 | 08/07/2019 | $210.00 | 60786800 | 09/09/2019 | $210.00 | 61638640 |
| 10/08/2019 | $210.00 | 62407460 | 11/12/2019 | $210.00 | 63216580 | 12/09/2019 | $210.00 | 63910580 |

**Total Receipts for the Period:  $2,520.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,021.63**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| \_ | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Drew R Daly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J MANIA III ESQ<br>»»  ATTY DISCL | Attorney Fees | $1,700.00 | $1,700.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,455.14 | $32.29 | $5,422.85 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,611.16 | $46.51 | $6,564.65 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2014 | Priority Crediors | $4,944.46 | $4,944.46 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,553.20 | $15.12 | $2,538.08 |
| 5 | AMERICAN HONDA FINANCE<br>»»  DEF BAL/2013 HONDA ACCORD | Unsecured Creditors | $1,585.52 | $0.00 | $1,585.52 |
| 6 | NJCLASS<br>»»  STUDENT LOAN/ORD TO EXPUNGE 11/20 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK, NA<br>»»  P/35 SHY CREEK RD/2ND MTG/CRAM BAL | Unsecured Creditors | $165,945.99 | $1,166.92 | $164,779.07 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $10,387.38 | $61.48 | $10,325.90 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $306.68 | $0.00 | $306.68 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CARE CREDIT | Unsecured Creditors | $3,470.00 | $16.51 | $3,453.49 |
| 11 | BANK OF AMERICA, N.A. | Unsecured Creditors | $2,197.35 | $15.46 | $2,181.89 |
| 12 | DEPT OF EDUCATION/MOHELA<br>»»  STUDENT LOAN | Unsecured Creditors | $144,348.39 | $1,015.53 | $143,332.86 |
| 13 | SELECT PORTFOLIO SERVICING INC<br>»»  P/35 SHY CREEK RD/1ST MTG/CITIMORTGAGE/SANTANDER | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-20136 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $2,245.74 | $15.80 | $2,229.94 |
| 15 | BANK OF AMERICA | Unsecured Creditors | $1,805.42 | $0.00 | $1,805.42 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $1,653.46 | $0.00 | $1,653.46 |
| 0 | JOSEPH J MANIA III ESQ<br>»»  ORDER 12/7/17 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,021.63 | Plan Balance: | $13,898.37 ** |
| Paid to Claims: | $10,830.08 | Current Monthly Payment: | $210.00 |
| Paid to Trustee: | $735.72 | Arrearages: | ($25.63) |
| Funds on Hand: | $455.83 | Total Plan Base: | $25,920.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.