| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Drew R Daly | Social Security number or ITIN   xxx–xx–3536 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Doreen P Daly | Social Security number or ITIN   xxx–xx–4166 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–20136–CMG | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Drew R Daly                                    Doreen P Daly

7/28/21                                        **By the court:** <u>Christine M. Gravelle</u>
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-20136-CMG
Drew R Daly                                                                                 Chapter 13
Doreen P Daly
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 5
Date Rcvd: Jul 28, 2021            Form ID: 3180W            Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Drew R Daly, Doreen P Daly, 35 Shy Creek Road, Pittstown, NJ 08867-5155 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516197444 | + | ABN-AMRO/Citimortage, Citi Mortgage Inc., Po Box 140069, Irving, TX 75014-0069 |
| 516435366 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516197457 | + | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516197458 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516197461 | + | Caring For Women, Po Box 902 Unit 4, Middleboro, MA 02346-0902 |
| 516197477 | + | CitiMortgage Inc, PO Box 7706, Springfield, OH 45501-7706 |
| 516197486 | + | Hunterdon Medical Center, 2100 Wescott Drive, Flemington, NJ 08822-4604 |
| 516197494 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516261124 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 516547599 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 601 PENN STREET, READING, PA 19601-3563 |
| 516547600 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 601 PENN STREET, READING, PA 19601, SANTANDER BANK, N.A. SANTANDER BANK, N.A. 19601-3563 |
| 517068020 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 601 PENN STREET, Mail Code 10-6438-FB7, READING, PA 19601-3563 |
| 517658046 | + | SANTANDER BANK, N.A.., 1 CORPORATE CENTER, SUITE 360, ATTN: BANKRUPTCY DEPARTMENT, LAKE ZURICH, IL 60047-8945 |
| 517658047 | + | SANTANDER BANK, N.A.., 1 CORPORATE CENTER, SUITE 360, ATTN: BANKRUPTCY DEPARTMENT, LAKE ZURICH, IL 60047, SANTANDER BANK, N.A.. 1 CORPORATE CENTER, SUITE 60047-8945 |
| 516197500 | + | State Of Nj Student As, Po Box 548, Attn: Bankruptcy Department, Trenton, NJ 08625-0548 |
| 518630527 | | U.S. Bank Trust National Association, et al, C/O SELECT PORTFOLIO SERVICING, INC., Attn: Remittance Processing, P.O. Box 65450, SALT LAKE CITY, UT 84165-0450 |
| 518630528 | + | U.S. Bank Trust National Association, et al, C/O SELECT PORTFOLIO SERVICING, INC., Attn: Remittance Processing, P.O. Box 65450, SALT LAKE CITY, UT 84165-0450 U.S. Bank Trust National Association, et 84165-045 |
| 516392172 | + | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 516197530 | + | Wachrl/Wells Fargo, Attn: Centralized Bankruptcy MAC R4057-0, Po Box 13765, Roanoke, VA 24037-3765 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516197443 | + | Email/Text: bk.notices@a1collectionagency.com | Jul 28 2021 20:24:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8700 |
| 516197446 | | EDI: HNDA.COM | Jul 29 2021 00:23:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516197451 | | EDI: HNDA.COM | Jul 29 2021 00:23:00 | American Honda Finance Corporation, PO Box 7829, Philadelphia, PA 19101-7829 |
| 516321122 | | EDI: AIS.COM | | |

Case 16-20136-CMG    Doc 95    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
                     Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | Jul 29 2021 00:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516197452 | + EDI: AMEREXPR.COM | Jul 29 2021 00:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516197454 | + EDI: BANKAMER.COM | Jul 29 2021 00:23:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516197455 | + EDI: BANKAMER.COM | Jul 29 2021 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516391636 | EDI: BANKAMER.COM | Jul 29 2021 00:23:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516197456 | + EDI: TSYS2.COM | Jul 29 2021 00:23:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516197460 | + EDI: CAPITALONE.COM | Jul 29 2021 00:23:00 | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516197459 | + EDI: CAPITALONE.COM | Jul 29 2021 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516291402 | EDI: CAPITALONE.COM | Jul 29 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516197462 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516197463 | + Email/Text: bankruptcy@certifiedcollection.com | Jul 28 2021 20:24:00 | Certified Credit & Col, 69 Readington Rd, Branchburg, NJ 08876-3557 |
| 516423157 | EDI: CITICORP.COM | Jul 29 2021 00:23:00 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 516197471 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Citibank, Citicorp Credit Services/Attn:Centralize, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516197472 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516197474 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516197478 | + EDI: WFNNB.COM | Jul 29 2021 00:23:00 | Comenity Bank/vctrssec, Po Box 182125, Columbus, OH 43218-2125 |
| 516197482 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516197492 | + EDI: CITICORP.COM | Jul 29 2021 00:23:00 | Macys/DSNB, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516230757 | EDI: IRS.COM | Jul 29 2021 00:23:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 516220698 | EDI: DISCOVER.COM | Jul 29 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516197479 | + EDI: DISCOVER.COM | Jul 29 2021 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 516197484 | + EDI: BANKAMER.COM | Jul 29 2021 00:23:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 516197465 | EDI: JPMORGANCHASE | Jul 29 2021 00:23:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516197469 | EDI: JPMORGANCHASE | Jul 29 2021 00:23:00 | Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 516197488 | + Email/Text: kellemor@verizon.net | Jul 28 2021 20:24:00 | Kelleher & Moore, 23 Maple Street, Somerville, NJ 08876-2164 |

Case 16-20136-CMG    Doc 95    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
                        Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 3180W | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516197489 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 28 2021 20:23:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516197490 | + | EDI: BANKAMER2.COM | Jul 29 2021 00:23:00 | Lasale Nt Bk/Bank of America, Attn: Bankruptcy, 135 S. Lasalle St, Chicago, IL 60603-4177 |
| 516197491 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Lord&taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 516342954 | + | EDI: MID8.COM | Jul 29 2021 00:23:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516197499 | + | Email/Text: Bankruptcies@nragroup.com | Jul 28 2021 20:24:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 516432481 | | EDI: PRA.COM | Jul 29 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516442535 | | EDI: PRA.COM | Jul 29 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516197501 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Syncb/home Design Hvac, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516197502 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Syncb/lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 516197503 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Syncb/nations, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516197504 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 516197506 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516197507 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Synchrony Bank/6th Ave Elec, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516197508 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516197509 | + | EDI: RMSC.COM | Jul 29 2021 00:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516197510 | + | EDI: ECMC.COM | Jul 29 2021 00:23:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197528 | + | EDI: VERIZONCOMB.COM | Jul 29 2021 00:23:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516197531 | + | EDI: WFFC.COM | Jul 29 2021 00:23:00 | Wells Fargo Bank Nv Na, Mac F8235-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516281188 | | EDI: WFFC.COM | Jul 29 2021 00:23:00 | Wells Fargo Bank, N.A., N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 516197532 | + | EDI: WFFC.COM | Jul 29 2021 00:23:00 | Wells Fargo Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516197445 | *+ | ABN-AMRO/Citimortage, Citi Mortgage Inc., Po Box 140069, Irving, TX 75014-0069 |
| 516197450 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, PO Box 168088, Irving, TX 75016 |
| 516197447 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda |

Case 16-20136-CMG    Doc 95    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 3180W | Total Noticed: 71 |

| | | |
|---|---|---|
| | | Finance, Po Box 168088, Irving, TX 75016 |
| 516197448 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516197449 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516197453 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516197464 | *+ | Certified Credit & Col, 69 Readington Rd, Branchburg, NJ 08876-3557 |
| 516197473 | *+ | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516197475 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516197476 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516197483 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516197493 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/DSNB, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516197480 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 516197481 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 516197485 | *+ | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 516197487 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9019, Holtsville, NY 11742-9019 |
| 516197466 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516197467 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516197468 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516197470 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 516197495 | *+ | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516197496 | *+ | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516197497 | *+ | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516197498 | *+ | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516197505 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 516197519 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197520 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197521 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197522 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197523 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197524 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197525 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197526 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197527 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197511 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197512 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197513 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197514 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197515 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197516 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197517 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197518 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516197529 | *+ | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516197533 | *+ | Wells Fargo Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 0 Undeliverable, 44 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jul 28, 2021 | Form ID: 3180W | Total Noticed: 71

Date: Jul 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph J Mania, III | on behalf of Joint Debtor Doreen P Daly jmbanklaw@gmail.com |
| Joseph J Mania, III | on behalf of Debtor Drew R Daly jmbanklaw@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor CITIMORTGAGE  INC., as servicer for SANTANDER, NA bankruptcy@fskslaw.com |

TOTAL: 8